# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/92

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Billy Michael Burrage | United States District Court for the Eastern, Northern & Western Districts of Oklahoma (Roving) | 3-9-94 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court for the Eastern, Northern & Western Districts of Oklahoma (Roving) | X Nomination, Date 3-9-94 ___ Initial ___ Annual ___ Final | 1-1-93 to 3-9-94 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____ |
|---|---|
| Box 100 Antlers, OK 74523 405-298-3332 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

SEE ATTACHED STATEMENT _____

_____ _____

_____ _____

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

Upon confirmation — The law firm of Stamper & Burrage consists of two partners: myself and Joe Stamper. The law firm will be dissolved. Joe Stamper will purchase my interest in the personal property. The fees due will be collected on pending cases and distributed to Joe Stamper and myself. Joe Stamper will rent my portion of the law office building or purchase my interest in the law office building.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | | |

☐ NONE (No reportable non-investment income)

| | | |
|---|---|---|
| 1 1-1-93 to 3-9-94 | Professional fees from Stamper, Otis & Burrage and Stamper & Burrage | $ 671,322.88 |
| 2 1-1-93 to 3-9-94 | Director's fees - First National Bank at Antlers, OK | $ 5,150.00 |
| 3 1-1-93 to 3-9-94 | Teacher/Principal - Antlers Public Schools, Antlers, OK | $ (S) |
| 4 | | $ |
| 5 | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Billy Michael Burrage | 3-9-94 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | | |
| 2 | Exempt | Exempt |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | None | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities) | | |
| 1 | Helen Thompson | Note and First Mortgage on real estate | J |
| 2 | Joe Stamper and Johnnie Lee Stamper | I co-signed a note for my brother and | M |
| 3 | | sister-in-law to build a home. The | |
| 4 | | note is secured by a first mortgage | |
| 5 | | on their home. (This is a contingent | |
| 6 | | liability, the value of the home | |
| 7 | | exceeds the debt.) | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT cont'd

Name of Person Reporting ... 

Date of Report ...

... Michael Burrage ... , ...

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separately owned by spouse, "(J)" for jointly owned by dependent child. Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | Exempt | | | | |
| 1 Individual Retirement Acct. First National Bank, Antlers | D | Int. & div. | W | | R(1992-1993 $19,000) | | | | | |
| 2 American Bar Association Members Retirement Program | E | div. | M | T | " | | | | | |
| 3 Law Office Building Antlers, Oklahoma | E | rent | M | W | " | | | | | |
| 4 1/2 interest in duplex Antlers, Oklahoma | A | rent | J | W | " | | | | | |
| 5 1/2 interest in note receivable from Brad Miller | C | Int. & prin. | J | amt. owed | " | | | | | |
| 6 1/2 interest in vacant lot Antlers, Oklahoma | | none | J | W | " | | | | | |
| 7 1/2 interest in house/lots Antlers, Oklahoma | | none | J | W | " | | | | | |
| 8 2/5 interest in 100-acre tract of land | | none | J | W | " | | | | | |
| 9 1/2 interest in 20 acres near Antlers, Oklahoma | | none | J | W | " | | | | | |
| 10 1/3 interest in 20 acres in Hugo, Oklahoma | | none | J | W | " | | | | | |
| 11 1/25 interest in 320 acres near Antlers, Oklahoma | | none | J | W | " | | | | | |
| 12 U. S. Savings Bonds (J) and (DC) | B | int. | K | T | " | | | | | |
| 13 Michael Burrage Annuity | A | Int. & prin. | K | T | " | | | | | |
| 14 Minerals in Pushmataha, Garvin, Love & Washita Counties | B | royalty | J | W | " | | | | | |
| 15 Deposits in Bank (J) First National Bank, Antlers | A | int. | M | T | " | | | | | |
| 16 Promissory Note/First Mortgage on house from Ashley and Lisa Harmon; note sold | E | Int. & prin. | $0 | $0 | " | | | | | |
| 17 Michael Burrage, Inc. Physical assets | | none | L | W | " | | | | | |
| 18 American Express, Privileged Asset Acct. - closed out | D | Int. & prin. | $0 | $0 | " | | | | | |
| 19 3 lots located in Antlers, Oklahoma - sold | E | sales price | $0 | $0 | " | | | | | |

1 Income/Gain Codes: A=$1,000 or less (See Col. B1 & D4); B=$1,001 to $2,500; C=$2,501 to 5,000; D=$5,001 to $15,000
2 Value Codes: J=$15,000 or less; K=$15,001 to $50,000; L=$50,001 to $100,000; M=$100,001 to $250,000
(See Col. C1 & D3): N=$250,001 to $500,000; O=$500,001 to $1,000,000; P=more than $1,000,000
3 Value Method Codes: Q=Appraisal; R=Cost (real estate only); S=Assessment; T=Cash/Market
(See Col. C2): U=Book Value; V=Other; W=Estimated
E=$15,001 to $50,000; F=$50,001 to $100,000; G=$100,001 to $1,000,000; H=More than $1,000,000

## 757

<table>
<tr><td>FINANCIAL DISCLOSURE REPORT (cont'd)</td><td>Name of Person Reporting<br>Billy Michael Burrage</td><td>Date of Report<br>3-9-94</td></tr>
</table>

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of report-ing individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code2<br>(J-P) | (2)<br>Value<br>Method3<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code2<br>(J-P) | (4)<br>Gain1<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 1/8 interest in 80 acres near Antlers, Oklahoma | none | | J | W | Exempt | | | | |
| 2 1/2 interest in house in Antlers, Oklahoma (S) | | | | | | | | | |
| 3 1/4 interest in 150 acres near Antlers, Oklahoma (S) | | | | | | | | | |
| 4 Teachers Retirement Account State of Oklahoma (S) | | | | | | | | | |
| 5 1/3 interest in Promissory Note/Security Agreement from | | | | | | | | | |
| 6 Randy Lohre - paid (S) | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Billy Michael Burrage | 3-9-94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ___Billy Michael Burrage___            Date ___3-9-94___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google